UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CYNTHIA COOK, Individually and      )
as Mother and Next Friend of LR,    )
a Disabled Person, et al.,          )
                                    )
    Plaintiffs,                     )
                                    )
    v.                              )    Civil Action No. 10-0937 (PLF)
                                    )
CHILDREN'S NATIONAL MEDICAL         )
CENTER,                             )
                                    )
    Defendant.                      )
_____)


ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the defendant's motion to dismiss the plaintiffs' amended complaint [Dkt. No. 4] is GRANTED; and it is

FURTHER ORDERED that this case is DISMISSED.  The Clerk of the Court shall remove this case from the docket of this Court.  This is a final appealable Order.  See FED. R. APP P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
DATE: September 13, 2011    United States District Judge